```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

UNITED STATES OF AMERICA,       :
                                :
       Plaintiff,              :
                                :
  v.                            :   Criminal Action No. 09-29 JJF
                                :
JAMARE WATERS,                  :
                                :
       Defendant.              :

## MEMORANDUM ORDER

      WHEREAS, the Court has considered the reasons offered by Defendant in support of his Motion To Seal Defendant's Sentencing Memorandum;

      WHEREAS, the Court finds that the Memorandum contains personal information about the Defendant, his family and the circumstances of his childhood and further finds that the referenced information will be weighed and considered by the Court in the formation of an appropriate sentence for Defendant;

      WHEREAS, the Court finds that the public interests implicated in the sentencing of a defendant outweigh the privacy interests asserted by the Defendant and public disclosure is required to maintain public confidence in the sentencing process;

      WHEREAS, however, the Court finds that Exhibit "E" attached to the Memorandum (a complete psychiatric/psychological/medical evaluation of Defendant) does merit protection from public disclosure;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Seal Sentencing Memorandum (D.I. 23) is DENIED; except as to Exhibit "E".

January 29, 2010
DATE

UNITED STATES DISTRICT JUDGE